IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| Cornerstone Enterprises of Greenwood, Inc., | ) | |
| | ) | Case No. 17-03127-hb |
| | ) | |
| Debtor. | ) | |
| | ) | |
| John K. Fort, Trustee, | ) | |
| | ) | Adversary No.: 18-80025-hb |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Overholt Grading, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF NO OBJECTION**

The undersigned hereby certifies to the Court that to the best of his knowledge, no one has filed and served an objection to the Notice of Compromise and Settlement and Motion for Approval of Settlement filed by Roe Cassidy Coates & Price, P.A. on May 14, 2018, and that the deadline for filing such objections has passed.

SWORN TO AND SUBSCRIBED
before me this the 7th
day of June, 2018

_____ (LS)
Notary Public for South Carolina
My Commission Expires:

Lauren Alewine
NOTARY PUBLIC
State of South Carolina
My Commission Expires
October 8, 2023

ROE CASSIDY COATES & PRICE, P.A.

BY: _____
Joshua J. Hudson, Fed ID No. 11620
*Attorney for Trustee*
Post Office Box 10529
Greenville, SC 29603
(864) 349-2600
jhudson@roecassidy.com